UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 DEC 20 P 2:16

| | |
|---|---|
| **KENDAL MORRIS** | CIVIL ACTION NO.: 3:07-cv-00320 |
| **VERSUS** | MAGISTRATE: NOLAND |
| **AAA TEXAS COUNTY MUTUAL INSURANCE COMPANY AND HOPE KATHERINE KURZ** | JUDGE: PARKER |

## ORDER OF DISMISSAL

**IT IS ORDERED, ADJUDGED AND DECREED**, that all claims and demands made by Plaintiff, KENDAL MORRIS, against Defendants, AAA TEXAS COUNTY MUTUAL INSURANCE COMPANY AND HOPE KATHERINE KURZ, in the above numbered and entitled action be and are hereby dismissed, with prejudice.

SIGNED in Baton Rouge, Louisiana, this 20th day of December 2007.

_____
UNITED STATES DISTRICT COURT JUDGE